UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMES F. NELSON,

                              Petitioner,

        v.

DHS/ICE,

                              Respondents.

Case No. 3:13-cv-00676-MMD-VPC

ORDER

The Court previously dismissed Petitioner James F. Nelson's Petition for Writ of Mandamus (dkt. no. 1-1) without prejudice and with leave to file an amended petition to cure the deficiencies identified in the Court's order.  (Dkt. no. 5.)  Petitioner has filed an amended petition. (Dkt. no. 5.) However, the amended petition does not address the deficiencies that the Court identified. The Court therefore dismisses the amended petition. The Clerk is directed to close this case.

DATED THIS 2nd day of November 2015.

_____

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE